# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATHANIEL JOHNSON,

    Plaintiff,

v.

KELLY, *et al.*,

    Defendants.

Case No. 2:11-CV-01858-KJD-VCF

**ORDER**

Presently before the Court is Plaintiff's Motion to Extend Time to Serve the Summons and Complaint (#16). Having read and considered the motion, and good cause being found, the Court grants the motion to extend time in accordance with Federal Rule of Civil Procedure 4(m). Plaintiff must submit proof of service in compliance with Rule 4(m) on or before October 26, 2012. Further, Plaintiff must follow the prior order (#8) of the magistrate judge and any future orders regarding service. No further extensions will be granted.

**IT IS SO ORDERED.**

DATED this 29th day of June 2012.

Kent J. Dawson
United States District Judge