Scott R. Daniel, Esq.
Nevada Bar No. 12356
THE DANIEL FIRM
200 S. Virginia St., 8th Floor
Reno, Nevada 89501
Telephone: 775.686.2418
Facsimile: 775.201.0653
scott.daniel@danielfirm.com
*Attorney for Plaintiff*
*Nathanial Johnson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATHANIAL JOHNSON,<br>  *Plaintiff*<br><br>v.<br><br>DOE KELLY; DOE TERRIQUEZ; C.O. DOE FLIPPO; LT. DOE SUEY; CAPT. DOE DONAHUE; DEPUTY CHIEF DOE VARNER; C.O. DOE JOYCE; NURSE DOE MITEAL;<br>  *Defendants*<br>_____/ | Case No.<br>2:11-CV-1858-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT RESPONSES TO RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>**(First Request)** |

IT IS HEREBY STIPULATED between and among Plaintiff NATHANIAL JOHNSON, JR. ("Plaintiff" or "Johnson") and Defendants DONOHUE, FLIPPO, KELLY, SUEY, TERRIQUEZ and VARNER (collectively, "LVMPD Defendants") to extend the time for Plaintiff to respond to Defendants' Renewed Motion for Partial Summary Judgment, filed with this Court on February 11, 2015 as Docket No. 70. The parties jointly stipulate that Plaintiff's time to respond shall be extended to **Friday, March 6, 2015**. Pursuant to LR 6-1, the parties aver that while this Court previously granted one (1) stipulation to extend the discovery deadline by ninety (90) days (Docs. 57 & 58) after the appearance of Plaintiff's counsel on March 31, 2013 (Doc. 45), this is the first such request with respect to a dispositive motion in this case. The parties agree to this extension in the interests of cordiality and professional courtesy, as Plaintiff's counsel has overlapping deadlines in

other cases and needs additional time to ensure a cogent response.  The parties represent that this stipulation is not entered into by either party for the purposes of undue delay.

Respectfully submitted this **2nd day of March, 2015**.

| THE DANIEL FIRM | OLSON CANNON, GORMLEY, ANGULOR & STOBERSKI |
|---|---|
| /s/ Scott R. Daniel, Esq. | /s/ Thomas J. Dillard, Esq. |
| Scott R. Daniel, Esq. | Thomas J. Dillard, Esq. |
| Nevada Bar No. 12356 | Nevada Bar No. 6270 |
| 200 South Virginia Street, 8th Floor | 9950 West Cheyenne Avenue |
| Reno, Nevada 89501 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| *Nathanial Johnson, Jr.* | *Donohue, Flippo, Kelly, Suey, Terriquez & Varner* |

**IT IS SO ORDERED**

_____
**United States District Court Judge**

Dated: March 3, 2015