ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
*Patrick Kelly, Francisco Terriquez, George Flippo, Richard Suey, John Donahue, and Daniel Varner*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NATHANIEL JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>DOE KELLY; DOE TERRIQUEZ; C.O. DOE FLIPPO; LT. DOE SUEY; CAPT. DOE DONAHUE; DEPUTY CHIEF DOE VARNER; C.O. DOE JOYCE, NURSE DOE MITEAL,<br><br>Defendants. | CASE NO. 2:11-cv-1858-JAD-VCF<br><br>SUBSTITUTION OF ATTORNEYS |

Defendants Patrick Kelly, Francisco Terriquez, George Flippo, Richard Suey, John Donahue, and Daniel Varner, substitutes Robert W. Freeman, Esq. and Noel E. Eidsmore, of the law firm Lewis Brisbois Bisgaard & Smith, as attorney of record in place of Thomas D. Dillard, Jr., Esq., of Olson, Cannon, Gormley, Angulo & Stoberski.

Dated this ___ day of _____, 2016.

By: /s/ *Patrick Kelly*
Patrick Kelly

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-9025-3106.1

1  Dated this 23 day of August, 2016.

2  By: _____
3  Francisco Terriquez   10/14

4  Dated this ___ day of _____, 2016.

5
6  By: _____
    George Flippo

7  Dated this ___ day of _____, 2016.

8
9  By: _____
    Richard Suey

10 Dated this ___ day of _____, 2016.
11

12
13 By: _____
    John Donahue

14 Dated this ___ day of _____, 2016.

15
16 By: _____
    Daniel Varner

17

18 I consent to the above substitution.

19 Dated this 25 day of August, 2016.

20 OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

21
22 _____
   Thomas D. Dillard, Jr., Esq.
23 Nevada Bar No. 6270
   9950 W. Cheyenne Avenue
24 Las Vegas, Nevada 89129

25 ...
26 ...
27 ...
28 ...

4820-9025-3106.1

2

```
 1   Dated this __ day of _____, 2016.
 2                                          By: _____
 3                                              Francisco Terriquez
 4   Dated this 8TH day of JUNE, 2016.
 5                                          By: _____
 6                                              George Flippo
 7   Dated this __ day of _____, 2016.
 8
 9                                          By: _____
                                                Richard Suey
10   Dated this __ day of _____, 2016.
11
12                                          By: _____
13                                              John Donahue
14   Dated this __ day of _____, 2016.
15
16                                          By: _____
                                                Daniel Varner
17
18   I consent to the above substitution.
19   Dated this _____ day of _____, 2016.
20                                          OLSON, CANNON, GORMLEY, ANGULO &
                                            STOBERSKI
21
22                                          _____
                                            Thomas D. Dillard, Jr., Esq.
23                                          Nevada Bar No. 6270
                                            9950 W. Cheyenne Avenue
24                                          Las Vegas, Nevada 89129
25   ...
26   ...
27   ...
28   ...
```

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-9025-3106.1

2

Dated this __ day of _____, 2016.

By: _____
Francisco Terriquez

Dated this __ day of _____, 2016.

By: _____
George Flippo

Dated this 6 day of Jun, 2016.

By: D( [signature] )
Richard Suey

Dated this __ day of _____, 2016.

By: _____
John Donahue

Dated this __ day of _____, 2016.

By: _____
Daniel Varner

I consent to the above substitution.

Dated this _____ day of _____, 2016.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

_____
Thomas D. Dillard, Jr., Esq.
Nevada Bar No. 6270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129

...
...
...
...

```
 1  Dated this __ day of _____, 2016.
 2
                              By: _____
 3                                 Francisco Terriquez

 4  Dated this __ day of _____, 2016.
 5
                              By: _____
 6                                 George Flippo

 7  Dated this __ day of _____, 2016.
 8
                              By: _____
 9                                 Richard Suey

10  Dated this 2nd day of August, 2016.
11
                              By: /s/ John Donahue
12                                 John Donahue
13

14  Dated this __ day of _____, 2016.
15
                              By: _____
16                                 Daniel Varner
17

18  I consent to the above substitution.

19  Dated this _____ day of _____, 2016.

20                            OLSON, CANNON, GORMLEY, ANGULO &
                              STOBERSKI
21

22                            _____
                              Thomas D. Dillard, Jr., Esq.
23                            Nevada Bar No. 6270
                              9950 W. Cheyenne Avenue
24                            Las Vegas, Nevada 89129
25  ...
26  ...
27  ...
28
```

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-9025-3106.1

2

1  Dated this __ day of _____, 2016.

2
3                                  By: _____
                                   Francisco Terriquez

4  Dated this __ day of _____, 2016.

5
6                                  By: _____
                                   George Flippo

7  Dated this __ day of _____, 2016.

8
9                                  By: _____
                                   Richard Suey

10 Dated this __ day of _____, 2016.

11
12
13                                 By: _____
                                   John Donahue

14 Dated this 28 day of July, 2016.

15
16                                 By: _____ 7633
                                   Daniel Varner

17

18 I consent to the above substitution.

19 Dated this _____ day of _____, 2016.

20                                 OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

21
22                                 _____
                                   Thomas D. Dillard, Jr., Esq.
23                                 Nevada Bar No. 6270
                                   9950 W. Cheyenne Avenue
24                                 Las Vegas, Nevada 89129

25 ...
26 ...
27 ...
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4820-9025-3106.1

2

| | |
|---|---|
| 1 | I accept the above substitution. I am duly admitted to practice in this District Court. |
| 2 | DATED this 24 day of August, 2016. |
| 3 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 4 | |
| 5 | Robert W. Freeman, Esq.<br>Nevada Bar No. 3062 |
| 6 | Noel E. Eidsmore, Esq.<br>Nevada Bar No. 7688 |
| 7 | 6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118 |
| 8 | Attorneys for Defendants |
| 9 | APPROVED this __6th__ day of __September__, 2016. |
| 10 | |
| 11 | |
| 12 | _____<br>United States ~~District Court~~ Judge |
| 13 | |
| 14 | Magistrate |

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31 day of August, 2016, I electronically filed the SUBSTITUTION OF ATTORNEYS with the Clerk of the Court through Case Management/Electronic Filing System.

Scott R. Daniel, Esq.
THE DANIEL LAW FIRM
200 S. Virginia Street
8th Floor
Reno, Nevada 89501
Attorney for Plaintiff

_____
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4820-9025-3106.1

4