UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nathaniel Johnson,<br><br>     Plaintiff<br><br>v.<br><br>Doe Kelly, et al.,<br><br>     Defendants | 2:11-cv-01858-JAD-VCF<br><br>Order Denying Motion to Enter Summary Judgment By Default Based on L.R. 7-2<br><br>[ECF No. 93] |

Defendants moved for summary judgment on December 20, 2016.[1]  When the plaintiff failed to oppose the motion by the response deadline, defendants filed a separate motion asking the court to grant the motion under Local Rule 7-2, which allows the court to grant a motion when it is unopposed—**except when that motion is one for attorneys fees or summary judgment**.

In urging the court to enter summary judgment by default, defendants rely on an outdated and superseded version of Local Rule 7-2.  Although Local Rule 7-2(d) previously suggested that the court could grant any unopposed motion, the local rules were amended nine months ago.  The new version of the rule now clearly says: "The failure of an opposing party to file points and authorities in response to any motion, **except a motion under Fed. R. Civ. P. 56** . . . , constitutes a consent to the granting of the motion."[2]  The local rule was amended to reflect the Ninth Circuit's ruling in *Heinemann v. Satterberg*[3] that the failure to oppose a motion for summary judgment does not permit the court to enter summary judgment by default by applying local rules

---

[1] ECF No. 91.

[2] L.R. 7-2(d) (emphasis added), available on the court's website at: http://www.nvd.uscourts.gov/

[3] *Heinemann v. Satterberg*, 731 F.3d 914, 917 (9th Cir. 2013) ("Because this local rule conflicts with the Federal Rule, it cannot provide a valid basis for granting a motion for summary judgment.").

like 7-2(d).[4]

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion Pursuant to Local Rule 7-2 in Support of Motion for Summary Judgment **[ECF No. 93] is DENIED**. The court will address the motion for summary judgment [ECF No. 91] on its merits in due course.

DATED: February 2, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[4] *See* Summary of Amendments to Local Civil Rules, available at http://www.nvd.uscourts.gov/Files/Summary%20of%20Amendments%20to%20Local%20Civil%20Rules.pdf (explaining, "Subsection (d) is amended to exclude motions for summary judgment and motions for attorney's fees from those that automatically may be granted if unopposed.").